■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HILDA MELENDEZ, Appellant. [662 NYS2d 121] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered February 16, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing her, as a second felony offender, to a term of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There was ample evidence of defendant's active participation in the sale (*see, People v Kaplan*, 76 NY2d 140).

Since the possession charge and the sale charge had different elements, and referred to different batches of drugs, the jury's verdict was not repugnant (*see, People v Tucker*, 55 NY2d 1).

Since the charge as a whole made it clear to the jury that liability, based on accessorial conduct, required a finding that defendant acted with the mental culpability required for the commission of the crime, the charge properly conveyed the requisite legal standard and did not cause confusion (*People v Wise*, 204 AD2d 133, *lv denied* 83 NY2d 973). Concur—Rosenberger, J. P., Ellerin, Williams, Tom and Colabella, JJ.